**Order entered November 21, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01425-CV

### IN RE THE TEXAN AND LIFESITENEWS.COM, Relators

### Original Proceeding from the 255th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-15-09887

## ORDER
Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **DENY, without prejudice,** relators'
petition for writ of mandamus and motion for emergency relief.


                                        /s/     LANA MYERS
                                                JUSTICE